UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUTH GONZALEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:18-cv-01001-JDP<br><br>ORDER GRANTING MOTION TO<br>PROCEED IN FORMA PAUPERIS<br><br>(Doc. No. 2.) |

Plaintiff proceeds in this social security appeal represented by counsel. She moves to proceed *in forma pauperis* under 28 U.S.C. § 1915. (Doc. No. 2.) Plaintiff has submitted a declaration stating her financial circumstances. (*Id*.) The declaration satisfies the requirements under § 1915. (*Id*.) The court will therefore grant plaintiff's motion to proceed *in forma pauperis*. The court will also direct a United States Marshal to serve defendant Commissioner of Social Security. *See* Fed. R. Civ. P. 4(c)(3).

**Order**

a. Plaintiff's motion for leave to proceed *in forma pauperis* is granted.

b. The court orders service of process on defendant:

　i. The clerk must issue summons.

　ii. The United States Marshal Service must serve a copy of the complaint, summons, and this order on defendant.

　iii. Plaintiff must assist the marshal upon request.

1       iv. The United States will advance all costs of service.

IT IS SO ORDERED.

Dated:   September 10, 2018

                                  UNITED STATES MAGISTRATE JUDGE