UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUTH GONZALEZ,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:18-cv-01001-JDP<br><br>ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE<br><br>THIRTY-DAY DEADLINE |

Plaintiff Ruth Gonzalez appealed defendant's decision denying her application for Social Security benefits by filing a complaint before this court on July 26, 2018. ECF No. 1. Plaintiff moved to proceed *in forma pauperis* the same day. ECF No. 2. We granted plaintiff's motion and issued a summons. ECF Nos. 3, 4. We also issued a scheduling order, which requested a response regarding consent to magistrate judge jurisdiction and included directions for plaintiff to submit documents for service by the United States Marshall Service. ECF No. 5. Plaintiff did not respond to the court order or submit documents for service of the complaint.

Service of a complaint is required within ninety days of filing, unless plaintiff shows good cause for her failure to serve defendant. Fed. R. Civ. P. 4(m). To manage our docket effectively, we impose deadlines on litigants and requires litigants to meet those deadlines. When a plaintiff fails to comply with court-imposed deadlines, we may dismiss the plaintiff's case for failure to

prosecute.  *See* Fed. R. Civ. P. 41; *Hells Canyon Pres. Council v. U.S. Forest Serv.*, 403 F.3d 683, 689 (9th Cir. 2005) ("[T]he consensus among our sister circuits, with which we agree, is that courts may dismiss under Rule 41(b) sua sponte, at least under certain circumstances."). Involuntary dismissal is a harsh penalty, but a district court has a duty to administer justice expeditiously and avoid needless burden for the parties. *See Pagtalunan v. Galaza*, 291 F.3d 639, 642 (9th Cir. 2002); Fed. R. Civ. P. 1.

    We give plaintiff the opportunity to explain why the court should not dismiss the case for her failure to prosecute. Plaintiff's failure to respond to this order will constitute a failure to comply with a court order. Accordingly, plaintiff must show cause within thirty (30) days of the date of entry of this order why the court should not dismiss his case for failure to prosecute.

IT IS SO ORDERED.

Dated:   May 13, 2019                       /s/ Jeremy Peterson
                                                UNITED STATES MAGISTRATE JUDGE

No. 204