# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUTH GONZALEZ,<br><br>        Plaintiff,<br><br>        v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | Case No. 1:18-cv-01001-JDP<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>ECF No. 14 |

        Plaintiff Ruth Gonzalez, proceeding without counsel, appealed defendant's decision denying her application for Social Security benefits by filing a complaint before this court on July 26, 2018. ECF No. 1. On February 10, 2020, we issued a second order to show cause why this case should not be dismissed because plaintiff had failed to comply with a court-ordered deadline. ECF No. 14. On March 4, 2020, plaintiff responded that she would be prepared to file a motion for summary judgment within thirty days. ECF No. 15. Plaintiff appears to have had some difficulty serving documents on defendants. *See id.* We are satisfied that plaintiff's explanation warrants discharge of the order to show cause.

        Accordingly, it is hereby ordered that:

1. The order to show cause issued on February 10, 2020, ECF No. 14, is discharged.

1

2. Plaintiff shall have thirty days from the date of this order to file either a motion for summary judgment or an opening brief. All other deadlines in the scheduling order are extended accordingly.

IT IS SO ORDERED.

Dated: March 5, 2020

_____
UNITED STATES MAGISTRATE JUDGE

No. 204.