1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUTH GONZALEZ, | Case No. 1:18-cv-01001-JDP |
| Plaintiff, | |
| v. | ORDER DISCHARGING ORDER TO SHOW CAUSE |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | ECF No. 17 |

Plaintiff Ruth Gonzalez, proceeding without counsel, appealed defendant's decision denying her application for Social Security benefits by filing a complaint before this court on July 26, 2018.  ECF No. 1.  On April 15, 2020, we issued a third order to show cause why this case should not be dismissed because plaintiff had failed to comply with a court-ordered deadline.  ECF No. 17.  On May 4, 2020, plaintiff responded by filing her motion for summary judgment.  ECF No. 18.  The court is satisfied that plaintiff's filing warrants discharge of the order to show cause.  Accordingly, the order to show cause issued on April 15, 2020, ECF No. 17, is discharged.

IT IS SO ORDERED.

Dated:    May 11, 2020

UNITED STATES MAGISTRATE JUDGE

No. 204.