UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUTH GONZALEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No.　1:18-cv-01001-JDP<br><br>ORDER SETTING MOTION FOR TELEPHONIC ORAL ARGUMENTS<br><br>ECF No. 18<br><br>ORDER FOR PLAINTIFF TO RETURN THE FORM REGARDING CONSENT TO MAGISTRATE JUDGE JURISDICTION<br><br>RESPONSE DUE WITHIN 30 DAYS |

　　　On May 4, 2020, plaintiff field an amended motion for summary judgment.  ECF No. 18.  Defendant respondent in opposition, ECF No. 21, and the time to file a reply has now passed.  Plaintiff's motion is ripe for review.  The court will hear oral arguments in this case on August 3, 2020 at 2 p.m. before Magistrate Judge Jeremy Peterson (dial-in number: 1-888-204-5984; passcode: 4446176).

　　　Additionally, it appears that plaintiff has not submitted a form regarding consent to magistrate judge jurisdiction.  Plaintiff is free to withhold consent without adverse consequences.

　　　Accordingly,

1. This case is set for telephonic oral arguments on August 3, 2020 at 2 p.m.
2. The clerk's office is directed to send plaintiff a form regarding consent to magistrate judge jurisdiction.

1

3. Plaintiff must fill out the consent form and return it to the court within 30 days.

IT IS SO ORDERED.

Dated:   July 23, 2020

_____
UNITED STATES MAGISTRATE JUDGE

No. 204.