UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUTH GONZALEZ,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF SOCIAL<br>SECURITY,<br><br>　　　　　Defendant. | No.  1:18-cv-01001-DAD-HBK<br><br><br>ORDER ADOPTING FINDINGS AND<br>RECOMMENDATIONS, DISMISSING CASE<br><br><br>(Doc. No. 25) |

　　　　Plaintiff Ruth Gonzalez, proceeding pro se and *in forma pauperis*, brings an action

seeking judicial review of the Commissioner of Social Security's final decision denying her

application for benefits under the Social Security Act.  (Doc. No. 1.)  The matter was referred to a

United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On September 30, 2020, the then-assigned magistrate judge issued findings and

recommendations, recommending that plaintiff's appeal from the administrative decision of the

Commissioner of Social Security be denied, the decision of the Commissioner of Social Security

be affirmed, judgment be entered in favor of defendant, and the case be closed.  (Doc. No. 25.)

The findings and recommendations were served on the parties and contained notice that any

objections thereto were to be filed within thirty days of service.  (*Id.*)  To date, neither party has

1   done so, and the time for doing so has since passed.

2          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, the

3   court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the

4   court finds the findings and recommendations to be supported by the record and proper analysis.

5          Accordingly,

6      1.      The findings and recommendations issued on September 30, 2020 (Doc. No. 25),

7              are adopted in full;

8      2.      This action is dismissed with prejudice; and

9      3.      The Clerk of the Court is directed to close this case.

10

11  IT IS SO ORDERED.

12    Dated:   **February 11, 2021**                    _____
                                                        UNITED STATES DISTRICT JUDGE
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28